**UNITED STATES DISTRICT COURT**
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

**OFFICIAL BUSINESS**




RECEIVED
CLERK, U.S. DISTRICT COURT
MAR - 8 2021
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY


FILED
CLERK, U.S. DISTRICT COURT
JUN - 1 2021
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

hetumelmed/; undeliverable
2:02 cr 938 VAP



NIXIE     606  5E 1        9003/04/21
         RETURN TO SENDER
     NOT DELIVERABLE AS ADDRESSED
            UNABLE TO FORWARD
BC: 90012333299    0159N064003-00419


NEOPOST
02/24/2021
US POSTAGE $001.20⁰
ZIP 90012
041M11461109
FIRST-CLASS MAIL

Case: 2:02cr938  Doc: 7429

Christopher Overton Gibson REG81372-011
FLORENCE ADMAX
U.S. PENITENTIARY
Inmate Mail/Parcels
PO BOX 8500
FLORENCE, CO 81226